ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Triple Canopy, Inc. | ) ASBCA Nos. 61415, 61416, 61417 |
| | )                    61418, 61419, 61420 |
| | ) |
| Under Contract No. H92237-10-C-0593 et al. | ) |

APPEARANCE FOR THE APPELLANT:        Todd M. Garland, Esq.
        Haynes and Boone, LLP
        Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:      Caryl A. Potter, III, Esq.
        Air Force Deputy Chief Trial Attorney
        Michael J. Farr, Esq.
        Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE WOODROW

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $438,444.07. This amount is inclusive of Contract Disputes Act interest.

Dated: April 20, 2023

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                                   I concur

_____                _____
RICHARD SHACKLEFORD                            J. REID PROUTY
Administrative Judge                           Administrative Judge
Acting Chairman                                Vice Chairman
Armed Services Board                           Armed Services Board
of Contract Appeals                            of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61415, 61416, 61417, 61418, 61419, 61420, Appeals of Triple Canopy, Inc., rendered in conformance with the Board's Charter.

Dated: April 20, 2023


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2